**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| HYPER ICE, INC. and HYPERICE IP SUBCO, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S COMPANIES INC., <br><br> Defendant. | Civil Action No. 6:24-cv-00036-OLG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)(l)(A)(i)**

Pursuant to Fed. R. Civ. P. 41 (a)(l)(A)(i), Plaintiffs Hyper Ice, Inc. and Hyperice IP Subco, LLC (collectively, "Plaintiffs") hereby file this Notice of Dismissal Without Prejudice of all claims asserted by Plaintiffs against Defendant Lowe's Companies Inc. in the above-styled action. Plaintiffs confirm that Defendant Lowe's Companies Inc. has not filed an answer, motion for summary judgment, or other responsive pleading prior to the filing of this Notice of Dismissal Without Prejudice.

Dated: February 1, 2024      Respectfully submitted,

     */s/ Benjamin Herbert*
     Benjamin A Herbert (*pro hac vice*)
     MILLER BARONDESS LLP
     2121 Avenue of the Stars, 26th Floor
     Los Angeles, CA 90067
     310.552.4400
     bherbert@millerbarondess.com

     Paige Arnette Amstutz (No. 00796136)
     SCOTT, DOUGLASS & MCCONNICO LLP
     303 Colorado Street, Suite 2400
     Austin, TX. 78701
     512.495.6300
     pamstutz@scottdoug.com

     *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on February 1, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Benjamin Herbert*
Benjamin A Herbert